UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Chelsea Blanchette v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 11-cv-10015-DRH

*Samantha Broussard v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 10-cv-13191-DRH

*Heather Kuntz v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 11-cv-10034-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 8, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
     **Deputy Clerk**

**Dated:** April 9, 2014

Digitally signed by David R. Herndon
Date: 2014.04.09 10:58:45 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**